

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00391-CV

**April Doranna  Cross**

**v.**

**The State of Texas**

NO. 73573 IN THE 412TH JUDICIAL DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $82.00 | 10/30/2014 | PAID | ANT |
| RPT RECORD | $327.00 | 08/18/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 06/30/2014 | PAID | ANT |
| FILING | $175.00 | 06/30/2014 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $604.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this April 3, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**